UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

PAUL A. CETNAR,   Chapter: 13
  Case No. 23-47486-lsg
  Hon. Lisa S. Gretchko

      Debtor.
_____/

**RESPONSE TO TRUSTEE'S
MOTION TO DISMISS FOR FAILURE TO REMIT
PROFIT SHARING AND/OR BONUSES UNDER CHAPTER 13 PLAN**

Debtor, Paul A. Cetnar, hereby responds to the Trustee's Motion to Dismiss for Failure to Profit Sharing and/or Bonuses Under Chapter 13 Plan as follows:

1. The allegations contained in paragraph one of the Motion are admitted as true.

2. Debtor neither admits nor denies the allegations contained in paragraph two because Debtor is without sufficient knowledge regarding same.

3. The allegations contained in paragraph three of the Motion are denied as untrue.

4. The allegations contained in paragraph four of the Motion are admitted as true.

WHEREFORE, Debtor requests that the Trustee's Motion to Dismiss for Failure to Profit Sharing and/or Bonuses Under Chapter 13 Plan be denied.

                      Respectfully submitted,

                      OSIPOV BIGELMAN, P.C.

Dated: June 24, 2024      By:   /s/ Yuliy Osipov
                                    YULIY OSIPOV (P59486)
                                    20700 Civic Center Drive, Ste. 420
                                    Southfield, Michigan 48076
                                    Tel: (248) 663-1800 / yo@osbig.com