UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

        CHAPTER 13
Paul A. Cetnar         CASE NO. 23-47486
        JUDGE Lisa S. Gretchko

Debtor.

_____/

## CERTIFICATE OF SERVICE

*Re:*     *Debtor's Response to Trustee's Motion to Dismiss for Failure to Profit Sharing and/or Bonuses Under Chapter 13 Plan*

      I hereby certify that on June 24, 2024, I electronically filed certificate of service with the Clerk of the Court using the ECF system which will send notification of such filing to the Office of the United States Trustee and all those listed by the court as receiving electronic notices in this case from the court's CM/ECF system.

      I also certify that on June 24, 2024, I served a copy of the *Debtor's Response to Trustee's Motion to Dismiss for Failure to Profit Sharing and/or Bonuses Under Chapter 13 Plan* by First Class Mail, with sufficient prepaid postage, to the following:

Paul A Cetnar
16163 Via Mera
Macomb, MI 48042

        RESPECTFULLY SUBMITTED

        **OSIPOV BIGELMAN, P.C.**

Dated: June 24, 2024         /s/ Tijuana A. Crawford
        TIJUANA A. CRAWFORD
        for OSIPOV BIGELMAN, P.C.
        20700 Civic Center Drive, Suite 420
        Southfield, MI 48076
        Tel: (248) 663-1800/Fax: (248) 663-1801
        tc@osbig.com